65 A.3d 299

**Glenn E. BIXLER, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW (ESAB Group, Inc.), Respondent.**

Supreme Court of Pennsylvania.

April 19, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of April 2013, the Petition for Allowance of Appeal is **GRANTED,** the Commonwealth Court's decision is **VACATED** and the matter is **REMANDED** for reconsideration in light of *Diehl v. UCBR (ESAB Group, Inc.),* 618 Pa. 592, 57 A.3d 1209 (2012).